# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Pennsylvania

Case Number: 02-3262

PLAINTIFF:
Carpenters Health and Welfare Fund of Philadelphia and Vicinity, et al.

vs.

DEFENDANT:
Bridges Construction, Inc. a/k/a Bridges Contracting a/k/a Bridges Contracting, Inc.

For:
Richard J. Defortuna, Esquire
SAGOT JENNINGS & SIGMOND
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683

Received by TALONE & ASSOCIATES on the 10th day of June, 2002 at 12:47 pm to be served on BRIDGES CONSTRUCTION, INC. a/k/a Bridges Contracting a/k/a Bridges Contracting, Inc., 931 N. Watts Street, Ste. 33, Philadelphia, PA 19123 215-769-5000.

I, GERALD TAYLOR, being duly sworn, depose and say that on the 17th day of June, 2002 at 12:10 pm, I:

**SUBSTITUTE SERVED** BY LEAVING A TRUE AND CORRECT COPY OF THIS **Summons & Complaint** AT THE WITHIN NAMED PERSON'S USUAL PLACE OF BUSINESS, TO A PERSON THEREIN WHO IS 18 YEARS OF AGE OR OLDER AND WAS IN CHARGE AT THE TIME, AND/OR AUTHORIZED TO ACCEPT, BEING: **Name Withheld**, TITLE: **Position Withheld** AND INFORMING SAID PERSON OF THE CONTENTS THEREOF.

Additional Information pertaining to this Service:
The recipient was very uncooperative. The telephone-number is 215-769-5000. He stated the the contact person for Bridges Construction was Donald.

Description of Person Served: Age: 31, Sex: M, Race/Skin Color: Af-American, Height: 5'9, Weight: 195, Hair: Blk, Glasses: Y

I am over the age of 18 and have no interest in the above action.

NOTARIAL SEAL
MICHAEL D. TALONE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 5, 2003

GERALD TAYLOR
Process Server

Subscribed and Sworn to before me on the 18th day of June, 2002 by the affiant who is personally known to me.

NOTARY PUBLIC

TALONE & ASSOCIATES
423 South 15th Street
Philadelphia, PA 19146-1637
(215) 546-6080

Our Job Serial Number: 2002001576

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5a