# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARPENTERS HEALTH AND WELFARE FUND OF PHILADELPHIA AND VICINITY, et al. | : : : | CIVIL ACTION |
| Plaintiffs | : : | NO. 02-CV-3262 |
| v. | : : | |
| BRIDGES CONSTRUCTION, INC. a/k/a BRIDGES CONTRACTING a/k/a BRIDGES CONTRACTING, INC. Defendant | : : : : | |

## REQUEST TO ENTER DEFAULT PURSUANT TO F.R.C.P. 55(a)

You will please enter a default on Defendant, Bridges Construction, Inc. a/k/a Bridges Contracting a/k/a Bridges Contracting, Inc., for failure to plead or otherwise defend the Complaint filed on May 28, 2002, as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached affidavit of Richard J. DeFortuna, Esquire.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

By:  ___s/Richard J. DeFortuna_____
SANFORD G. ROSENTHAL, ESQUIRE
RICHARD J. DeFORTUNA, ESQUIRE
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA  19106
(215) 351-0611/0674

Date: July 10, 2002

**This Document has been electronically filed.**

101650-1

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARPENTERS HEALTH AND WELFARE FUND OF PHILADELPHIA AND VICINITY, et al. | : | CIVIL ACTION |
| Plaintiffs | : | NO. 02-CV-3262 |
| | : | |
| v. | : | |
| | : | |
| BRIDGES CONSTRUCTION, INC. a/k/a BRIDGES CONTRACTING a/k/a BRIDGES CONTRACTING, INC. | : : : | |
| Defendant | : | |

### AFFIDAVIT OF RICHARD J. DeFORTUNA FOR ENTRY OF DEFAULT

Richard J. DeFortuna, Esquire, having been first duly sworn according to law, hereby deposes and states as follows:

1. I am the attorney for the Plaintiffs in the above-entitled action.

2. Gerald Taylor, Process Server, served the Complaint and Summons in this action on the Defendant, on June 10, 2002, as appears from the Affidavit of Service of the Complaint, which has been duly docketed with the Court on June 18, 2002. The time in which the Defendant may answer or otherwise move as to the Complaint has expired.

3. The Defendant has not answered or otherwise moved and the time for Defendant to answer or otherwise move has not been extended.

4. The Defendant is neither an infant nor incompetent person.

\_\_\_\_\_s/Richard J. Defortuna_____
RICHARD J. DeFORTUNA, ESQUIRE

Sworn to and subscribed before
me this \_\_\_ day of _____, 2002.

_____
NOTARY PUBLIC

101650-1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CARPENTERS HEALTH AND WELFARE FUND OF PHILADELPHIA AND VICINITY, et al. | : : : | CIVIL ACTION |
| Plaintiffs | : : | NO. 02-CV-3262 |
| v. | : : | |
| BRIDGES CONSTRUCTION, INC. a/k/a BRIDGES CONTRACTING a/k/a BRIDGES CONTRACTING, INC. | : : : : | |
| Defendants | : | |

## **AFFIDAVIT OF NON-MILITARY SERVICE**

RICHARD J. DeFORTUNA, ESQUIRE, having been duly sworn according to law hereby deposes and states that he is legal counsel for Plaintiffs, Carpenters Health and Welfare Fund of Philadelphia and Vicinity, et al., and that the Defendant is not in the military or naval service of the United States or its allies, or otherwise within the provisions of the Soldiers and Sailors Civil Relief Act of 1940 or its amendments.

                                                             __s/Richard J. DeFortuna_____
                                                             RICHARD J. DeFORTUNA, ESQUIRE

Sworn to and subscribed before
me this ____ day of _____, 2002

_____
NOTARY PUBLIC

101650-1

**CERTIFICATE OF SERVICE**

I, Richard J. DeFortuna, Esquire, state under penalty of perjury that I caused a copy of the foregoing Request to Clerk to Enter Default Pursuant to F.R.C.P. 55(a) to be served via first class mail, postage prepaid, on the date and to the address below:

Bridges Construction, Inc.<br>
a/k/a Bridges Contracting<br>
a/k/a Bridges Contracting, Inc.<br>
931 N. Watts Street #33<br>
Philadelphia, PA  19123

    s/Richard J. DeFortuna
RICHARD J. DeFORTUNA, ESQUIRE

Date: July 10, 2002

101650-1