ID 43686
B 218

AGREEMENT WITH THE
METROPOLITAN REGIONAL COUNCIL
OF PHILADELPHIA AND VICINITY
UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA

THE METROPOLITAN REGIONAL COUNCIL OF PHILADELPHIA AND VICINITY, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA ("COUNCIL") and the Undersigned Employer agree that:

1. The employer shall be and is hereby, bound by all of the terms and conditions of employment contained in the collective bargaining agreement between the Council and the **Interior Finish Contractors Association of Delaware Valley ("IFCA")**, receipt of a copy of which is hereby acknowledged, that is effective on the date of this Agreement as well as any additions, modifications, extensions and renewals thereof between the Council and IFCA as may occur subsequent to the execution of this Agreement.

2. This Agreement shall be effective as of the date set forth below and shall remain in full force and effect for the duration of the collective bargaining agreement between the Council and **Interior Finish Contractors Association of Delaware Valley** that is effective on the date of this Agreement and for the duration of any addition, modification or renewal thereof until one party shall provide to the other written notice by certified mail of intent to terminate the then-current agreement at its stated expiration that shall actually be received by the other party not later than **ninety (90)** days prior to the stated expiration date of that then-current Agreement.

3. In the event that a successor agreement is not negotiated between the Council and Interior Finish Contractors Association of Delaware Valley by the end of its stated duration, the employer agrees to pay all wages and fringe benefits, and to pay any increase in the collective bargaining agreement agreed to between the Metropolitan Regional Council of Carpenters and Interior Finish Contractors Association of Delaware Valley to the first day of the Successor Agreement.

4. If there should be a work stoppage, the undersigned employer agrees to deduct two hours gross pay per day from each of it's union employees permitted to work while a strike is in progress. The employer will forward these payments to the Metropolitan Regional Council, payable to the "Strike and Defense Fund", each week during the period of any work stoppage (if such stoppage should occur) in compliance with Section 55(B) of the United Brotherhood of Carpenters & Joiners of America.

METROPOLITAN REGIONAL COUNCIL OF PHILADELPHIA AND VICINITY

[signature]
EDWARD CORYELL
Secretary-Treasurer

BRIDGES CONTRACTING INC
Insert Full Name of Employer

Ronald Bridges
Signature of AUTHORIZED Employer Representative

4147 N Broad St
Address

Phila, PA 19140
City State Zip

7-24-98
Date

EXHIBIT
2

# AGREEMENT

between the

**INTERIOR FINISH CONTRACTORS ASSOCIATION OF DELAWARE VALLEY**




and the

**METROPOLITAN REGIONAL COUNCIL of PHILADELPHIA and VICINITY**




**UNITED BROTHERHOOD of CARPENTERS and JOINERS of AMERICA**

**Effective May 1, 2000**
**Through April 30, 2004**

Counties of Philadelphia, Bucks, Montgomery, Chester, Delaware, Lehigh, Northampton and Carbon





*Look For This Label On All Woodwork*


**METROPOLITAN REGIONAL COUNCIL of PHILADELPHIA & VICINITY**

1803 Spring Garden Street
Philadelphia, PA 19130

— Office Telephone —
215-569-1634
FAX 215-569-0263

**INTERIOR FINISH CONTRACTORS ASSOCIATION OF DELAWARE VALLEY**

Valley Forge Office Center
530 E. Swedesford Road • Suite 204
Wayne, PA 19087
610-225-1050
FAX 610-225-1052





# INDEX


| | | Page |
|---|---|---|
| | Articles of Agreement | 1 |
| Article 1 | Term of Agreement | 1 |
| Article 2 | Recognition | 2 |
| Article 3 | Working Hours and Holidays | 3 |
| Article 4 | Wage Rates | 5 |
| Article 5 | Apprentices | 7 |
| Article 6 | Shift Work | 9 |
| Article 7 | Out of Town Employment | 11 |
| Article 8 | Reporting for Work | 11 |
| Article 9 | Tools: Storage - Loss | 12 |
| Article 10 | Work Jurisdiction | 13 |
| Article 11 | Working Rules | 19 |
| Article 12 | Sub-Contractor Clause | 19 |
| Article 13 | Hiring Procedures | 20 |
| Article 14 | Settlement of Disputes | 20 |
| Article 15 | Council's Business Representatives | 23 |
| Article 16 | Health and Welfare Fund and Industry Advancement Program | 23 |
| Article 17 | Pension and Annuity Plan and Excess Benefit Fund | 25 |
| Article 18 | Work Dues and Jobs Recovery Dues Check-Offs | 26 |
| Article 19 | Delinquency and Collection Procedure | 28 |
| Article 20 | Carpenters/Association Joint Committee | 34 |
| Article 21 | Legality | 34 |
| Article 22 | Political Action Committee Check-Off | 35 |
| Article 23 | Most Favored Nation Clause | 35 |
| Article 24 | Pre-Fit Doors | 36 |
| Article 25 | Drug Testing Policy | 36 |
| Article 26 | National Apprenticeship and Health and Safety Fund | 41 |
| Article 27 | Pre-Job Conference | 41 |
| Article 28 | Carpenters Savings Fund | 42 |
| Schedule "A" | I.F.C.A. Members | 43 |
| Schedule "B" | Standards of Apprenticeship for the Carpentry Trade | 43 |
| Schedule "C" | Working Rules | 43 |
| Schedule "D" | Apprentice Wage Rates | 47 |
| Schedule "E" | Wage-Fringe Schedule | 48 |
| Schedule "F" | H&W Memorandum of Understanding | 48 |
| Exhibit "G" | IAP Memorandum of Understanding | 48 |
| Exhibit "H" | Acceptance of Agreement | 50 |
| **LATHERS' SUPPLEMENTAL AGREEMENT** | | 52 |