CARPENTERS HEALTH AND WELFARE FUND
OF PHILADELPHIA AND VICINITY, et al.
v.
BRIDGES CONSTRUCTION, INC., et al.
CIVIL ACTION NO. 02-CV-3262

JENNINGS SIGMOND ATTORNEYS' FEES –AUGUST 2002

| Date | Attorney | Task | Time |
|---|---|---|---|
| 8/05/02 | KJF | Preparation of Motion for Entry of Default Judgment | 1.4 |
| 8/16/02 | RJD | Phone Conference with Clerk for Judge Padovich regarding Default Motion<br>Conference with K. Figured regarding same | .3 |
| 8/19/02 | CTM | Calculate Interest Due<br>Revisions to Motion for Entry of Default Judgment | 1.5 |
| 8/20/02 | RJD | Phone Conference with M. Nacios, Federal Department of Labor regarding Davis Bacon Complaint | .3 |
| 8/20/02 | CTM | Calculate Attorneys' Fees<br>Revisions to Motion for Entry of Default Judgment | .5 |
| 8/22/02 | RJD | Review of Motion for Entry of Default Judgment | .2 |
| 8/22/02 | CTM | Preparation of Exhibits<br>Preparation of Motion for Entry of Default Judgment for Electronic Court Filing | .8 |
| | | **TOTAL HOURS** | 5.0 |

**August Summary**

| | | | |
|---|---|---|---|
| CTM | 2.8 Hrs. x $85/Hr. | = | $238.00 |
| KJF | 1.4 Hrs. x $140/HR. | = | 196.00 |
| RJD | .8 Hrs. x $185/Hr. | = | 148.00 |
| | August Total | = | 582.00 |
| (4/29/02- 7/31/02) Total | | = | $4,313.32 |
| | **GRAND TOTAL** | | **$4,895.32** |

EXHIBIT 3

103560-1

REPRINT OF BILLED DETAILS (as billed)

```
                Bill number CHWP00-23424-001 SGR
                    Bill date   05/08/02
```

Carpenters Health, Welfare & Pension
  Funds of Philadelphia & Vicinity
c/o David Costello
1803 Spring Garden Street
Philadelphia, PA 19130

Bridges Construction, Inc. (23424)

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/29/02 | RJD | Conference with Attorney S. Rosenthal regarding Davis Bacon Act Research | .30 hrs | 185 /hr | 55.50 |
| 04/29/02 | SGR | Review of Correspondence from Fund regarding New Delinquency Case<br>Review of Documents<br>Preparation of Litigation Memo | .30 hrs | 195 /hr | 58.50 |
| 04/30/02 | RJD | Conference with A. Troise regarding Closing of Old File | .10 hrs | 185 /hr | 18.50 |

```
            TOTAL FEES                          $      132.50
```

DISBURSEMENTS

```
            TOTAL DISBURSEMENTS                 $         .00
```

BILLING SUMMARY

```
            TOTAL FEES                          $      132.50

            TOTAL CHARGES FOR THIS BILL         $      132.50
```

REPRINT OF BILLED DETAILS (as billed)

```
                    Bill number CHWP00-23424-002 SGR
                          Bill date   06/10/02
```

Carpenters Health, Welfare & Pension
  Funds of Philadelphia & Vicinity
c/o David Costello
1803 Spring Garden Street
Philadelphia, PA 19130


Bridges Construction, Inc. (23424)

FOR PROFESSIONAL SERVICES RENDERED

```
05/08/02 RJD   Legal Research regarding Application of
               Davis-Bacon Prevailing Wage Act
               Review of File for Preparation of Complaint, Bond
               Issue and Federal Claims
                                       1.10 hrs   185  /hr     203.50
05/09/02 RJD   D & B Search for Bridges and JHE, Inc.
               Conference with Attorney S. Rosenthal regarding
               Davis/Bacon Claim
               Preparatiaon of Federal Claim
                                        .70 hrs   185  /hr     129.50
05/09/02 RJD   Research of Company for Complaint
               Legal Research regarding Federal Regulations and
               Preparation of Federal Claim
                                       1.00 hrs   185  /hr     185.00
05/09/02 RJD   Legal Research regarding Davis Bacon Claim
                                       1.60 hrs   185  /hr     296.00
05/09/02 RJD   Internet Search for JHE and Bridges
                                        .30 hrs   185  /hr      55.50
05/11/02 RJD   Phone Conference with DOL regarding
               Administrative Process
               Phone Conference with P. Tonia
                                        .30 hrs   185  /hr      55.50
05/13/02 RJD   Phone Conference with P. Tonia regarding SEPTA
               Job Information for DOL Claim
                                        .10 hrs   185  /hr      18.50
05/14/02 RJD   Phone Conference with P. Tonia
               Preparation of Wage Calculations for Davis-Bacon
               Claim
                                        .30 hrs   185  /hr      55.50
05/14/02 RJD   Memo to File regarding Information for
               Davis-Bacon Claim
                                        .10 hrs   185  /hr      18.50
05/14/02 RJD   Phone Conference with R. Gould regarding Davis
               Bacon
               Phone Conference with P. Tonia regarding
               Effective Contribution Rates for SEPTA
```

REPRINT OF BILLED DETAILS (as billed)
CHWP00-23424-002 SGR                                                   Page    2

|   Date   | Atty | Description | Hours | Rate | Amount |
|----------|------|-------------|-------|------|--------|
| 05/15/02 | RJD  | Phone Conference with Attorney S. Rosenthal regarding Davis-Bacon Claim | 1.20 hrs | 185 /hr | 222.00 |
| 05/15/02 | RJD  | Phone Conference with P. Tonia regarding Updated CBA's and Davis-Bacon Claim Review of Fax with Rate Breakdown | .30 hrs | 185 /hr | 55.50 |
| 05/16/02 | RJD  | Phone Conference with R. Gould regarding Davis Bacon Claim | .30 hrs | 185 /hr | 55.50 |
| 05/16/02 | RJD  | Preparation of Letter to R. Gould Preparation of Letter to U.S. Department of Labor Legal Research Procedure for Filing Davis Bacon Claim | .10 hrs | 185 /hr | 18.50 |
| 05/16/02 | RJD  | Phone Conference with R. Gould | 1.20 hrs | 185 /hr | 222.00 |
| 05/17/02 | RJD  | Revision of R. Gould Letter | .20 hrs | 185 /hr | 37.00 |
| 05/17/02 | RJD  | Revision of Department of Labor Letter | .40 hrs | 185 /hr | 74.00 |
| 05/17/02 | RJD  | Phone Conference with R. Gould regarding Davis Bacon Claim Phone Conference with DOL regarding Davis Bacon Claim | .30 hrs | 185 /hr | 55.50 |
| 05/17/02 | RJD  | Preparation of Letter to R. Gould and SEPTA regarding Davis-Bacon Phone Conference with P. Tonia regarding Prior Correspondence with SEPTA | .30 hrs | 185 /hr | 55.50 |
| 05/20/02 | SGR  | Office Conference wtih Attorney R. DeFortuna | 1.20 hrs | 185 /hr | 222.00 |
| 05/20/02 | RJD  | Preparation of Complaint | .20 hrs | 195 /hr | 39.00 |
| 05/20/02 | RJD  | Preparation of Letter to Department of Labor regarding Davis-Bacon | 1.50 hrs | 185 /hr | 277.50 |
| 05/20/02 | RJD  | Conference with Attorney S. Rosenthal regarding U.S. Department of Labor Investigation | .10 hrs | 185 /hr | 18.50 |
| 05/21/02 | RJD  | Phone Conference with P. Tonia regarding Remittance Reports | .10 hrs | 185 /hr | 18.50 |
| 05/21/02 | RJD  | Prepartion of Complaint | .10 hrs | 185 /hr | 18.50 |
| 05/21/02 | RJD  | Letter to R. Gould | .10 hrs | 185 /hr | 18.50 |
| 05/21/02 | RJD  | Preparation of R. Gould Letter | .20 hrs | 185 /hr | 37.00 |

```
REPRINT OF BILLED DETAILS (as billed)
CHWP00-23424-002 SGR                                                Page    3

                                            .50 hrs   185  /hr        92.50
05/21/02 RJD  Phone Conference with P. Tonia regarding
              Remittance Reports
                                            .10 hrs   185  /hr        18.50
05/21/02 RJD  Preparation of Letter to U.S. Comptroller
              General regarding Davis-Bacon Claim
                                            .50 hrs   185  /hr        92.50
05/23/02 RJD  Phone Conference with P. Tonia regarding Action
              Against JHE for Settlement
                                            .10 hrs   185  /hr        18.50
05/23/02 RJD  Review of Claim Letters to R. Gould and
              Comptroller General
                                            .50 hrs   185  /hr        92.50
05/23/02 RJD  Preparation of Complaint
                                            .10 hrs   185  /hr        18.50
05/28/02 RJD  Review and Revision of R. Gould Letter regarding
              Davis-Bacon Act Withholding
                                            .20 hrs   185  /hr        37.00
05/28/02 RJD  Conference with Attorney S. Holroyd regarding R.
              Gould Letter
                                            .10 hrs   185  /hr        18.50
05/31/02 RJD  Phone Conference with R. Gould regarding
              Department of Labor Claim
                                            .30 hrs   185  /hr        55.50
05/31/02 RJD  Preparation of Letter to S. Bostick, Regional
              Director Department of Labor regarding
              Davis-Bacon Claim
                                            .30 hrs   185  /hr        55.50
05/31/02 RJD  Conference with Attorney S. Rosenthal regarding
              Phone Conference with R. Gould (SEPTA)
                                            .10 hrs   185  /hr        18.50
05/31/02 RJD  Memo to File regarding Bond Claim and Miller Act
              Requirements
                                            .10 hrs   185  /hr        18.50
                                                                 -----------
              TOTAL FEES                                    $       2,999.00

DISBURSEMENTS

05/31/02 COPY Photocopies                                               3.08
                                                                 -----------
              TOTAL DISBURSEMENTS                           $           3.08

BILLING SUMMARY

              TOTAL FEES                                    $       2,999.00

              TOTAL DISBURSEMENTS                           $           3.08
                                                                 -----------
              TOTAL CHARGES FOR THIS BILL                   $       3,002.08
```


REPRINT OF BILLED DETAILS (as billed)

```
                       Bill number CHWP00-23424-003 SGR
                         Bill date    07/10/02
```

Carpenters Health, Welfare & Pension
  Funds of Philadelphia & Vicinity
c/o David Costello
1803 Spring Garden Street
Philadelphia, PA 19130


Bridges Construction, Inc. (23424)

FOR PROFESSIONAL SERVICES RENDERED

```
06/04/02 RJD   Letter to Bostich
                                         .10 hrs   185  /hr      18.50
06/04/02 CTM   Preparation of Complaint for Court Filing
                                         .20 hrs    85  /hr      17.00
06/20/02 RJD   Receipt of Return of Service Affidavit
               Receipt of E.D. PA Clerk regarding Electronic
               Filing of Affidavit
                                         .30 hrs   185  /hr      55.50
06/27/02 RJD   Review of Notice to Counsel from Honorable JOhn
               R. Padova, J.
                                         .30 hrs   185  /hr      55.50
                                                              ----------
               TOTAL FEES                                  $    146.50
```

DISBURSEMENTS

```
06/01/02 FF    Filing Fee - US District Court                   150.00
06/20/02 7100  Service Fee                                       48.00
06/30/02 COPY  Photocopies                                        4.62
06/30/02 CRLX  Computer Research - Lexis-Nexis                   28.77
06/30/02 PO    Postage Charges                                    8.80
                                                              ----------
               TOTAL DISBURSEMENTS                         $    240.19
```

BILLING SUMMARY

```
               TOTAL FEES                                  $    146.50

               TOTAL DISBURSEMENTS                         $    240.19
                                                              ----------
               TOTAL CHARGES FOR THIS BILL                 $    386.69
```

REPRINT OF BILLED DETAILS (as billed)

```
                      Bill number CHWP00-23424-004 SGR
                          Bill date   08/09/02
```

Carpenters Health, Welfare & Pension
  Funds of Philadelphia & Vicinity
c/o David Costello
1803 Spring Garden Street
Philadelphia, PA 19130


Bridges Construction, Inc. (23424)

FOR PROFESSIONAL SERVICES RENDERED

```
07/08/02 SGR   Memo to File regarding Default
                                       .10 hrs  195  /hr       19.50
07/08/02 RJD   Memo to File regarding Service of Process Dates
               and Time for Filing Motion for Default
                                       .10 hrs  185  /hr       18.50
07/09/02 KJF   Review and Revision of Request to Enter Default
                                       .20 hrs  140  /hr       28.00
07/09/02 KJF   Preparation of Request to Enter Default
               Review of File
                                       .50 hrs  140  /hr       70.00
07/11/02 CTM   Review of Documents from Court
                                       .10 hrs   85  /hr        8.50
07/11/02 KJF   Preparation of Brief in Support of Motion for
               Default Judgment
                                      1.00 hrs  140  /hr      140.00
07/11/02 RJD   Conference with Attorney K. Figured regarding
               Motion for Default Judgment
                                       .40 hrs  185  /hr       74.00
07/12/02 CTM   Review of Documents from Court regarding Default
               (x2)
                                       .10 hrs   85  /hr        8.50
07/15/02 RJD   Conference with Attorney K. Figured regarding
               Motion for Default Judgment
                                       .30 hrs  185  /hr       55.50
07/19/02 RJD   Conference with Attorney C. Caniz regarding
               Bridges Update
               Legal Suit Filed by Commonwealth in a Tax Action
                                       .10 hrs  185  /hr       18.50
07/22/02 KJF   Preparation of Memorandum of Law in Support of
               Motion for Default Judgment
                                      2.50 hrs  140  /hr      350.00
                                                           -----------
               TOTAL FEES                              $       791.00
```

DISBURSEMENTS

```
REPRINT OF BILLED DETAILS (as billed)
CHWP00-23424-004 SGR                                              Page    2

  07/31/02 COPY Photocopies                                              1.05
                                                                   ----------
               TOTAL DISBURSEMENTS                         $             1.05

  BILLING SUMMARY

               TOTAL FEES                                  $           791.00

               TOTAL DISBURSEMENTS                         $             1.05
                                                                   ----------
               TOTAL CHARGES FOR THIS BILL                 $           792.05




REPRINT OF BILLED DETAILS (as billed)
CHWP00-23424-ALL SGR                                              Page    1


               REPORT TOTALS

               TOTAL FEES                                            4,069.00

               TOTAL DISBURSEMENTS                                     244.32
                                                                   ----------
                                                                     4,313.32
```