```
                 UNITED STATES DISTRICT COURT
               Eastern District of Pennsylvania
                       U.S. Court House
                    Independence Mall West
                       601 Market Street
                   Philadelphia, PA  19106-1797
```

August 29, 2002

**NOTICE OF HEARING:**

RE:   CARPENTERS HEALTH AND WELFARE FUND OF PHILADELPHIA
      AND VICINITY, ET AL vs. BRIDGES CONSTRUCTION, INC.
      Civil Action No. 02-3262

Dear Counsel:

Please be advised that a hearing is scheduled on plaintiff's request for default judgment. The hearing will be held on September 23, 2002 at 3:30 p.m. in Courtroom 6A, 6th Floor, United States Courthouse, 601 Market Street, Philadelphia, PA 19106. **The moving party should make service of this notice and provide the Court with proof thereof**.

Very truly yours,

Gerrie M. Keane
Deputy Clerk to Judge Padova

To: Richard J. DeFortuna, Esquire