IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARPENTERS HEALTH AND WELFARE FUND OF PHILADELPHIA AND VICINITY, et al. | : : : | CIVIL ACTION |
| Plaintiffs | : : | NO. 02-CV-3262 |
| v. | : : | |
| BRIDGES CONSTRUCTION, INC.   a/k/a BRIDGES CONTRACTING   a/k/a BRIDGES CONTRACTING, INC. | : : : : | |
| Defendants | : | |

**CERTIFICATE OF SERVICE**

I, Richard J. DeFortuna, Esquire, state under penalty of perjury that I caused a copy of the Notice of Hearing dated August 29, 2002 to be served via first class mail, postage prepaid, on the date and to the address below:

> Bridges Construction, Inc.
> a/k/a Bridges Contracting
> a/k/a Bridges Contracting, Inc.
> 931 N. Watts Street #33
> Philadelphia, PA  19123

    s/Richard J. DeFortuna
RICHARD J. DeFORTUNA, ESQUIRE

Date: August 30, 2002

THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWEING AND DOWNLOADING FROM THE ECF SYSTEM

103880-1